IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE HAMILTON, | ) | No. CV-F-04-5929 REC/SMS P |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR RECONSIDERATION |
| Plaintiff, | ) | BY DISTRICT COURT OF |
| | ) | MAGISTRATE JUDGE'S RULING |
| vs. | ) | (Doc. 13) |
| | ) | |
| | ) | |
| BILL LOCKYER, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The court denies plaintiff's motion for reconsideration of the Magistrate Judge's Order denying plaintiff's motion for appointment of counsel.  The Magistrate Judge's Order is neither clearly erroneous or contrary to law.

IT IS SO ORDERED.

**Dated:  July 26, 2005**          **/s/ Robert E. Coyle**
668554                    UNITED STATES DISTRICT JUDGE