```
                    IN THE UNITED STATES DISTRICT COURT FOR THE

                           EASTERN DISTRICT OF CALIFORNIA


GEORGE HAMILTON,                    )       No. CV-F-04-5929 REC/SMS P
                                    )
                                    )       ORDER DENYING PLAINTIFF'S
                                    )       MOTION FOR CLARIFICATION
                  Plaintiff,        )       (Doc. 15)
                                    )
            vs.                     )
                                    )
                                    )
BILL LOCKYER, et al.,               )
                                    )
                                    )
                  Defendant.        )
                                    )
_____)
```

The court hereby denies plaintiff's motion for clarification of the court's order denying plaintiff's request for reconsideration by district court of a magistrate judge's ruling. The standard of review for such a request for reconsideration is whether the magistrate judge's ruling was contrary to law or clearly erroneous.  As the court stated in the July 27, 2005 order, the magistrate judge's denial of plaintiff's motion for appointment of counsel was neither contrary to law or clearly erroneous.

///

1

IT IS SO ORDERED.

**Dated: August 9, 2005**                              **/s/ Robert E. Coyle**
668554                                                 UNITED STATES DISTRICT JUDGE