# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON, | CV F 04 5929 REC SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| BILL LOCKYER, et. al. | |
| Defendants. | |

George Hamilton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on December 12, 2003, in the U.S. District Court for the Northern District of California. The case was transferred and received in this Court on July 6, 2004. On March 30, 2005, this Court issued an Order dismissing the Complaint with leave to amend. However, Plaintiff moved for an extension of time to file the Amended Complaint on April 21, 2005. Plaintiff's request was granted.

On June 2, 2005, Plaintiff moved for a second extension of time and also asked for the Appointment of Counsel. Plaintiff's request for counsel was denied, however, he was granted a second extension of time to file the Amended Complaint to and including August 11, 2005. Plaintiff moved for reconsideration of the Court's order denying the appointment of counsel

1  which was denied by the District Court.

2      The time for submitting the Amended Complaint expired, however, and no Amended
3  Complaint was filed by the Plaintiff.  Given Plaintiff's filing of the Motion for Reconsideration it
4  is unclear whether Plaintiff believed his Motion would also address the time for filing an
5  Amended Complaint.  Thus, rather than recommend dismissal of the action at this time, the
6  Court will grant Plaintiff additional time to submit the Amended Complaint.  However, should
7  Plaintiff fail to comply, the Court will recommend that the action be dismissed.

8      Accordingly, the Court HEREBY ORDERS

9      1.    Within THIRTY (30) days of the date of service of this Order, Plaintiff SHALL
10     file an AMENDED COMPLAINT or indicate in writing whether he wishes to
11     voluntarily dismiss the action.

12     Plaintiff's failure to file an amended complaint in compliance with this order will result
13 in a recommendation that the action be dismissed, without prejudice, for failure to state a claim
14 on which relief can be granted.

16 IT IS SO ORDERED.

17 **Dated:   September 6, 2005**          /s/ Sandra M. Snyder
    icido3                            UNITED STATES MAGISTRATE JUDGE