1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11  GEORGE HAMILTON,                            CV F 04 5929 REC SMS P

12                      Plaintiff,
                                                ORDER DENYING MOTION FOR
13           v.                                 RECONSIDERATION AND TO CONDUCT
                                                DISCOVERY (Doc. 21.)
14
     BILL LOCKYER, et. al.
15
                        Defendants.
16  _____/

17
18          George Hamilton  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

19  in this civil rights action pursuant to 42 U.S.C. § 1983.

20          Plaintiff filed the instant action on December 12, 2003, in the U.S. District Court for the

21  Northern District of California.   The case was transferred and received in this Court on July 6,

22  2004.   This Court dismissed the Complaint with leave to amend on March 30, 2005.  Plaintiff

23  filed an Amended Complaint on October 7, 2005.  (Doc. 18).

24          On November 2, 2006, the Court screened the Amended Complaint and issued an Order

25  dismissing with leave to amend.  The Court again identified the same deficiencies it previously

26  identified in the original complaint and again informed Plaintiff how he could cure these

27  deficiencies.  The Court also granted Plaintiff thirty days in which to submit a Second Amended

28  Complaint.

On November 16, 2006, Plaintiff filed a Motion for Reconsideration and request for leave to conduct discovery.  In this pleading, Plaintiff states that the Court "misconstrued" facts in his Complaint.

Motions to reconsider are committed to the discretion of the trial court.  Combs v. Nick Garin Trucking, 825 F.2d 437, 441 (D.C.Cir. 1987); Rodgers v. Watt, 722 F.2d 456, 460 (9th Cir. 1983) (en banc).  The Local Rules provide that when filing a motion for reconsideration, a party  show that the "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion."  Local Rule 78-230(k)(3).

A review of the Court's Order dismissing with leave to amend shows that Plaintiff's Amended Complaint was dismissed because Plaintiff continued to name inappropriate Defendants.  Besides Bill Lockyer, who Plaintiff now states he seeks to sue in his personal capacity, Plaintiff continues to name the Personnel Department of Justice and a Database and Databank.  Plaintiff was informed that these are not "persons" within the meaning of Section 1983.

The Courts Order of Dismissal also indicates that Plaintiff has failed to link any of the named Doe Defendants, including Bill Lockyer, to an act or omission giving rise to his claims for relief.  Without such linkage, any Defendant cannot know what the allegations are against him or her.

Finally, the Order of Dismissal notes that Plaintiffs Amended Complaint is not in compliance with Rule 8(a) of the Federal Rules of Civil Procedure.  The Court will not rewrite the entire Order dismissing with leave to amend here.  The Order is self explanatory, details the deficiencies in the Amended Complaint, provides Plaintiff with the relevant law so he can provide the facts to support his allegations and granted Plaintiff sufficient time to cure these defects.

Accordingly, the Motion for Reconsideration is DENIED.

Plaintiff's Motion for leave to conduct discovery to discover the identities of the Doe Defendants is also Denied.  As stated in the Court's Order dismissing with leave to amend, the

1   Court is required to screen the Complaints to ensure that they state a cognizable claim for relief.

2   Only after such a finding will the Court order service of the Complaint and subsequently issue an

3   order opening discovery.  Accordingly, the Motion for leave to conduct discovery is also

4   DENIED.

5          The Court HEREBY ORDERS:

6          1.      The Motion for Reconsideration is DENIED;

7          2.      The Motion for Leave to Conduct Discovery is DENIED.

8

9

10  IT IS SO ORDERED.

11  **Dated:    December 6, 2006**                  **/s/ Sandra M. Snyder**
    icido3                                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3