UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>BILL LOCKYER,<br><br>    Defendants. | 1:04-CV-5929 LJO SMS PC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #26) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2007, plaintiff filed a motion to extend time to file a Second Amended Complaint. Plaintiff states that more time is needed so that he can ascertain the identities of the Doe defendants. However, Plaintiff need not ascertain them in order to submit an Amended Complaint. Plaintiff was informed only that he needed to link each act giving rise to a constitutional violation to a person named in the Complaint. If the defendant is identified by "Doe," Plaintiff still needs to link the acts to the "Doe" person. Should Plaintiff state cognizable claims for relief, the Court will issue a Scheduling Order that will open discovery thereby allowing Plaintiff to discover the identities of the Doe Defendants. At this stage, however, Plaintiff only need state a cognizable claim for relief.

    The Court will grant Plaintiff another extension of time, however, Plaintiff is informed that the Court cannot grant these extensions indefinitely. Accordingly, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty days from the date of service of this order in which to file a Second Amended Complaint.

IT IS SO ORDERED.

**Dated:    March 12, 2007**          **/s/ Sandra M. Snyder**
b6edp0                                UNITED STATES MAGISTRATE JUDGE