UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE HAMILTON, | ) | 1:04-CV-5929 LJO SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #30) |
| BILL LOCKYER, | ) ) | THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT |
| Defendant. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2007, plaintiff filed a motion to extend time to to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   May 21, 2007**           /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE